UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ANDREA SHAPIRO, et al.,                :

               Plaintiffs,   :
                                  06 Civ. 1836 (HBP)
  -against-                        :

NEW YORK CITY DEPARTMENT OF           :
EDUCATION, et al.,
                                :
               Defendants.
                                 :
-----------------------------------X

DIANA HRISINKO,                       :

               Plaintiff,    :
                                  11 Civ. 2515 (HBP)
  -against-                        :

NEW YORK CITY DEPARTMENT OF           :
EDUCATION, et al.,
                                :
               Defendants.
                                 :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        The parties having reported that these actions have been settled in principle, it is hereby ORDERED that these actions are dismissed with prejudice and without costs, provided that the actions may be reinstated within 120 days of this Order in the parties are unable to finalize their settlement.

Dated:  New York, New York
       October 6, 2011

                                     SO ORDERED

                                     HENRY PITMAN
                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/11